NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNIQUE PRODUCT SOLUTIONS, LIMITED,**
*Plaintiff-Appellant,*

AND

**UNITED STATES,**
*Intervenor-Appellant,*

v.

**HY-GRADE VALVE, INC.,**
*Defendant-Appellee.*

---

2011-1254, -1284

---

Appeals from the United States District Court for the Northern District of Ohio in case no. 10-CV-1912, Judge Dan Aaron Polster.

---

## ON MOTION

---

## ORDER

The United States moves without opposition to temporarily stay the briefing schedule.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that the appellants' reply briefs are due within 60 days of the date of filing of this order.

FOR THE COURT

**OCT 0 7 2011**

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Mark J. Skakun, III, Esq.
Douglas N. Letter, Esq.
Gregory R. Jones, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**OCT 0 7 2011**

**JAN HORBALY**
**CLERK**